**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Bentley Door Company** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-0487397** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **Attn: Becky Bentley**<br>**18 W Indian Rocks Street**<br>**Meridian, ID 83642** |
| **411 Remington Street**<br>**Garden City, ID 83714** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ada** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Bentley Door Company**
_____Name_____    Case number (*if known*) _____

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Bentley Door Company**                                Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district?***     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor    **Bentley Door Company**                                                          Case number (*if known*)
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor      **Bentley Door Company**                                                    Case number (*if known*) _____
           Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 22, 2024**
               MM / DD / YYYY

**X** */s/ Richard Bentley*                                           **Richard Bentley**
Signature of authorized representative of debtor                     Printed name

Title    **President**

**18. Signature of attorney**

**X** */s/ D. Blair Clark*                              Date    **February 22, 2024**
Signature of attorney for debtor                               MM / DD / YYYY

**D. Blair Clark 1367**
Printed name

**Law Office of D. Blair Clark, PC**
Firm name

**967 E. Parkcenter Blvd., #282**
**Boise, ID 83706**
Number, Street, City, State & ZIP Code

Contact phone    **(208) 475-2050**        Email address    **dbc@dbclarklaw.com**

**1367 ID**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Bentley Door Company**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
    amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **Declaration and signature** |
| --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 22, 2024**          X */s/ Richard Bentley*
                                                              Signature of individual signing on behalf of debtor

                                                              **Richard Bentley**
                                                              Printed name

                                                              **President**
                                                              Position or relationship to debtor

Official Form 202                        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name **Bentley Door Company**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................... $ 1,995,148.62

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................. $ 1,995,148.62

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 829,374.06

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 547,641.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 2,135,673.54

4. Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b                                                                    $ 3,512,688.60

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bentley Door Company** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Key Bank (currently overdrawn)** | Checking | 3670 | **$0.00** |
| 3.2. | **Mountain West Bank** | Checking | 0882 | **Unknown** |

| 4. | **Other cash equivalents** *(Identify all)* | | |
|---|---|---|---|

| 5. | **Total of Part 1.** | | **$0.00** |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

### Part 2:          Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **NIA (original landlord) now Treasure Valley Home Investors** | **$16,883.00** |

8.          **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Bentley Door Company**                                          Case number *(If known)* _____
_____
Name

Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                          | **$16,883.00** |
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **1,490,845.53** | - | **0.00** = .... | **$1,490,845.53** |
| | face amount | | doubtful or uncollectible accounts | |

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | **87,040.09** | - | **0.00** = .... | **$87,040.09** |
| | face amount | | doubtful or uncollectible accounts | |

12.   **Total of Part 3.**                                                                          | **$1,577,885.62** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.   **Office furniture**

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

Debtor    **Bentley Door Company**                                     Case number *(If known)* _____
_____
Name

| **Office furniture including desks, chairs, computers, printers** | $0.00 | N/A | $5,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

| | $5,000.00 |

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2021 Ford Bronco with 24,000 miles in good condition** | $20,000.00 | | $20,000.00 |
| 47.2.    **2018 F150 with Glass rack w/value approximate** | Unknown | Comparable sale | $16,500.00 |
| 47.3.    **2018 Ford F250 pickup.  Truck used as collateral for business loan** | $0.00 | | $16,500.00 |
| 47.4.    **2018 Ford F750** | $0.00 | | $44,000.00 |
| 47.5.    **2002 Workhorse Step Van** | $0.00 | | $12,950.00 |
| 47.6.    **2015 Ford F150 pickup** | $0.00 | | $17,950.00 |
| 47.7.    **2016 Ford Escape 2016 Ford F150 pickup** | $0.00 | | $20,000.00 |
| 47.8.    **1995 Isuzu truck** | $0.00 | | $2,880.00 |
| 47.9.    **2006 Ford F150 (2 wheel drive)** | $0.00 | | $2,500.00 |

Debtor    **Bentley Door Company**                                    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 47.10. | **2004 Ford F150** | $0.00 | $1,600.00 |
| 47.11. | **1998 CB 18' Trailer** | $0.00 | $1,000.00 |
| 47.12. | **1999 Generic 16' Cargo Trailer** | $0.00 | $6,000.00 |
| 47.13. | **2000 Ford F650** | $0.00 | $16,500.00 |
| 47.14. | **2001 Mitsubishi truck** | $0.00 | $8,000.00 |
| 47.15. | **1999 International truck used for deliveries** | $0.00 | $9,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
**Machinery & Equipment used to make doors
including those items to place doors at
delivery**                                    $0.00                    $200,000.00

51.    **Total of Part 8.**                                                    | $395,380.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| Debtor | **Bentley Door Company** | Case number *(If known)* |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Contractors license - non transferrable - Zero cash value** | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. **Total of Part 10.** | $0.00 |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) **Potential refunds but will most likely seizedy by taxing authorities** Tax year | Unknown |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Debtor    **Bentley Door Company**                                    Case number *(If known)* _____
           Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                              | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Bentley Door Company**
Name _____

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $16,883.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,577,885.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $395,380.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,995,148.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,995,148.62 |

**Fill in this information to identify the case:**

Debtor name      **Bentley Door Company**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1**  **Bank of the West**

Creditor's Name

**180 Montgomery Street
San Francisco, CA 94104**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Business Expense - secured by Accounts Receivables**

Describe the lien

**UCC Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$75,000.00**

Value of collateral: **$0.00**

**2.2**  **Elevated Financial**

Creditor's Name

**4202 W. Chinden Blvd
Garden City, ID 83714**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

**2016 Ford Escape
2016 Ford F150 pickup**

Describe the lien

**Business Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$20,000.00**

Value of collateral: **$20,000.00**

Debtor   **Bentley Door Company**                                          Case number (if known)  _____
         Name

�, ☐ No

☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Credit** | | **Describe debtor's property that is subject to a lien** | $10,893.00 | $20,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2021 Ford Bronco with 24,000 miles in good
condition**

**PO Box 790093
Saint Louis, MO 63179-0093**

Creditor's mailing address

**Describe the lien**
**Commercial Vehicle Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $3,325.30 | $16,500.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2018 F150 with Glass rack w/value
approximate**

**PO Box 790093
Saint Louis, MO 63179-0093**

Creditor's mailing address

**Describe the lien**
**Commercial Vehicle Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $4,697.44 | $44,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2018 Ford F750**

**PO Box 790093
Saint Louis, MO 63179-0093**

Creditor's mailing address

**Describe the lien**
**Commercial Vehicle Loan**
**Is the creditor an insider or related party?**
■ No

| Debtor | **Bentley Door Company** | | Case number (if known) | |
| | Name | | | |

| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | | | |
| **2018-2024** | ☐ No | | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.6 | **Jeld-wen Summit** | Describe debtor's property that is subject to a lien | $5,120.16 | $0.00 |
| | Creditor's Name | **Business Expense - secured by Accounts Receivables** | | |
| | **4300 Paysphere Circle Chicago, IL 60674** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 | **Keybank** | Describe debtor's property that is subject to a lien | $36,045.59 | Unknown |
| | Creditor's Name | **Business Expense - secured by Accounts Receivables** | | |
| | **4910 Tiedeman Road Cleveland, OH 44144-2338** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.8 | **Rugby** | Describe debtor's property that is subject to a lien | $642,867.57 | $0.00 |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

Debtor    **Bentley Door Company**                                    Case number (if known)
_____
Name

Creditor's Name

**PO Box 842735**
**Dallas, TX 75284-2735**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Business Expense - secured by Accounts Receivables**

**Describe the lien**
**UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Samson Horus** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**90 John Street**
**New York, NY 10038**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Business Expense - secured by Accounts Receivables**

**Describe the lien**
**UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Tim Klob** | Describe debtor's property that is subject to a lien | **$31,425.00** | **$16,500.00** |

Creditor's Name

**3971 N Oxbow Avenue**
**Boise, ID 83713**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**January 2024**
**Last 4 digits of account number**

**2018 Ford F250 pickup.  Truck used as collateral for business loan**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   **Bentley Door Company**                                              Case number (if known)
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$829,374.06**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of the West**<br>**c/o Wolters Kluwer Lien Sol.**<br>**PO Box 29071**<br>**Glendale, CA 91209** | Line  **2.1** | |
| **Jeld-Wen Inc**<br>**3250 Lakeport Blvd**<br>**Klamath Falls, OR 97601** | Line  **2.6** | |
| **Rugy Holdings LLC**<br>**One Pillsbury Street**<br>**Suite 302**<br>**Concord, NH 03301** | Line  **2.8** | |
| **Samson Horus**<br>**c/o Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  **2.9** | |

**Fill in this information to identify the case:**

Debtor name    **Bentley Door Company**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Anthony Knipe**
**580 Shire Lane**
**Ontario, OR 97914**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Business Expense - Potential unpaid vacation time**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2**

Priority creditor's name and mailing address
**Bryant Aney**
**15399 N Shiko Way**
**Nampa, ID 83651**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Business Expense - Potential unpaid vacation time**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Bentley Door Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Duane Murphy**<br>**2447 E Heathfield Court**<br>**Fruitland, ID 83619** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Business Expense - Potential unpaid vacation time** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Husnija Covic**<br>**9320 W. Idlewood Drive**<br>**Boise, ID 83709** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Business Expense - Potential unpaid vacation time** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Idaho State Tax Commission**<br>**11321 W Chinden Blvd**<br>**PO Box 36**<br>**Garden City, ID 83714** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$537,641.00** | **$537,641.00** |
| | Date or dates debt was incurred<br>**2022-2024** | Basis for the claim:<br>**Business Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Income taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Bentley Door Company** | Case number *(if known)* | |
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Justin Rodriguez** | *Check all that apply.* | | |
| | **6034 N Tarako Avenue** | ☐ Contingent | | |
| | **Garden City, ID 83714** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Business Expense - Potential unpaid vacation time** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Michael Phillips** | *Check all that apply.* | | |
| | **3729 N Timber Lakes Way** | ☐ Contingent | | |
| | **Meridian, ID 83646** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Business Expense - Potential unpaid vacation time** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sebastian Knipe** | *Check all that apply.* | | |
| | **581 Shire Lane** | ☐ Contingent | | |
| | **Ontario, OR 97914** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Business Expense - Potential unpaid vacation time** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tommy Joe Houston** | *Check all that apply.* | | |
| | **PO Box 225** | ☐ Contingent | | |
| | **Star, ID 83669** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Business Expense - Potential unpaid vacation time** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Bentley Door Company** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $10,000.00 |
|---|---|---|---|---|

**Vernoy Walker**
**9211 W. Pebble Brook Lane**
**Garden City, ID 83714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit for door order from customer**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AGP Funding REIT, LLC**
**1980 Festival Plaza Drive**
**Suite 290**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Business Expense - UCC Lien that should have been released**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $513.24 |
|---|---|---|---|

**Air Equipment Company**
**2350 S. Orchard Street**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,453.00 |
|---|---|---|---|

**Allied Business Solutions**
**10394 West Emerald**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.13 |
|---|---|---|---|

**Allied Business Solutions**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amazon  by Chase**
**Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **4412**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Bentley Door Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Airlines MasterCard**
**PO Box 9001006**
**Louisville, KY 40290-1006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1833**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Express**
**P.O. Box 0001**
**Los Angeles, CA 90096-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1006**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,274.00**

**Apex Saw & Tool**
**357 W Dion Street**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,670.26**

**Arnold Machinery Company**
**2975 W 2100 South**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,472.40**

**Atlas Supply**
**PO Box 101087**
**Pasadena, CA 91189-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,670.00**

**Austin Lane Construction**
**104 E Fairview Avenue**
**Suite 114**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bank of America**
**PO BOX 15019**
**Wilmington, DE 19886-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3511**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bentley Door Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address

**Bank of America**
PO Box 515504
Los Angeles, CA 90051-6804

Date(s) debt was incurred _

Last 4 digits of account number _ **5198**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**Banner Solutions**
PO Box 954589
Saint Louis, MO 63195-4589

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$33,283.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**BHP**
620 W Southlake Blvd
Southlake, TX 76092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$47,029.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**BHS**
PO Box C 79005
Seattle, WA 98119-3185

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense - credit for debtor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**Burke Electrical Contracting**
2957 N St. James Place
Boise, ID 83703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$891.21**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**Cable One**
P.O. Box 78000
Phoenix, AZ 85062-8000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,275.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Capital Lumber**
3105 W State Street
Boise, ID 83703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$393.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Bentley Door Company** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,785.80**

**Chattan Construction LLC**
**11075 Montana Avenue**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Citi Advantage**
**PO BOX 6500**
**Sioux Falls, SD 57117-6500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **0806**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$898.00**

**City of Garden City**
**6015 Glenwood Street**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clark Security**
**c/o Anixter**
**PO Box 847428**
**Dallas, TX 75284-7428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense - credit with debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,609.00**

**Columbia Aluminum Products**
**1150 W Rincon Street**
**Corona, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,670.94**

**Combo Aluminum Products**
**1100 N Johnson Avenue**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$952.57**

**Commerical Tire**
**PO Box 970**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bentley Door Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480.00** |
|---|---|---|---|

**Costco Wholesale**
**PO Box 34783**
**Seattle, WA 98124-1783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,123.80** |
|---|---|---|---|

**Dell Business Credit**
**Payment Processing Center**
**PO BOX 5275**
**Carol Stream, IL 60197-5275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,942.00** |
|---|---|---|---|

**Design Hardware**
**PO Box 896617**
**Charlotte, NC 28289-6617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,105.50** |
|---|---|---|---|

**Dirt Road RE, LLC**
**c/o Trevor Hart, Atty**
**2548 S. Heritage Avenue**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Business Expense - previous landlord in Eagle**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,817.85** |
|---|---|---|---|

**DKS Steel Door & Frame**
**2142 Tubeway Avenue**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,062.50** |
|---|---|---|---|

**Door Service of Idaho**
**7881 W Mossy Cup Street**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Eagle Sewer District**
**44 N. Palmetto Avenue**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense - credit with debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bentley Door Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address

**Ed Staub & Sons**
**2508 2nd Street South**
**Nampa, ID 83686**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.35** | Nonpriority creditor's name and mailing address

**EMC Insurance Companies**
**PO Box 219225**
**Kansas City, MO 64121-9225**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense - credit with debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.36** | Nonpriority creditor's name and mailing address

**EMTEK**
**PO Box 31001-0523**
**Pasadena, CA 91110-0823**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$468.00**

---

**3.37** | Nonpriority creditor's name and mailing address

**Erwin Custom Fabrication**
**811 N. Kings Road**
**Nampa, ID 83687**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$1,711.90**

---

**3.38** | Nonpriority creditor's name and mailing address

**First Interstate Bank**
**Successor to BOTC**
**401 N 31st Street**
**Billings, MT 59104**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense - 2 credit cards**

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.39** | Nonpriority creditor's name and mailing address

**Glaz-Tech**
**2207 E Elvira Road**
**Tucson, AZ 85706**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$12,372.68**

---

**3.40** | Nonpriority creditor's name and mailing address

**Go Keyless**
**Mound Business Park**
**955 Mound Road**
**Miamisburg, OH 45342**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense - credit with debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Bentley Door Company** | Case number (if known) | |
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.17 |
| | **Grainger**<br>**PO Box 419267**<br>**Dept 828188888**<br>**Kansas City, MO 64141-6267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,911.22 |
| | **Hager**<br>**PO Box 953057**<br>**Saint Louis, MO 63195** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Hardin Sanitation**<br>**1854 E Lanark**<br>**Meridian, ID 83642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business Expense - credit with debtor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
| | **Hartung Glass Ind - Tukwila**<br>**Attn: Laura Alcantara**<br>**17830 W Valley Highway**<br>**Seattle, WA 98188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,956.07 |
| | **Hartung Glass Industries**<br>**PO Box 101626**<br>**Pasadena, CA 91189-1626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,707.00 |
| | **HMF Express**<br>**PO Box 744100**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,877.17 |
| | **Home Depot  Credit Services**<br>**PO BOX 689105**<br>**Des Moines, IA 50368-9105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Credit card purchases__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Bentley Door Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,106.90** |
|---|---|---|---|

**Idaho Power**
**PO BOX 34966**
**Seattle, WA 98124-1966**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Business Expense**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IFundco**
**c/o Corporation Service Comp**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Business Expense - loan paid off but UCC Lien not released**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Intermountain Lock**
**PO Box 65158**
**Salt Lake City, UT 84165-0158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Business Expense - credit witih debtor**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,230.00** |
|---|---|---|---|

**Intertek**
**PO Box 405176**
**Atlanta, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Business Expense**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Itrea Ventures**
**c/o Corporation Service Comp**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**  **2019**

**Basis for the claim:**  **Business Expense - debt paid but UCC Lien not released**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$323.69** |
|---|---|---|---|

**Jiffy Lube**
**329 N. Dicky Drive**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Business Expense**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318,000.00** |
|---|---|---|---|

**KeyBank**
**Commercial Loan Services**
**PO Box 5278**
**Boise, ID 83705-5278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Business Expense - Line of Credit**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bentley Door Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Klingspor Abbrassives**
**2555 Tate Road**
**Hickory, NC 28602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense - credit with debtor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Liberty Mutual Insurance**
**PO Box 85834**
**San Diego, CA 92186-5834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense - credit with debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.08 |
|---|---|---|---|

**Lithia Ford**
**8853 W Fairview Ave**
**Suite 110**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,219.07 |
|---|---|---|---|

**LJ Smith**
**PO Box 8507**
**Carol Stream, IL 60197-8507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.93 |
|---|---|---|---|

**Lowe's Business Account**
**P.O. Box 4554**
**Dept. 79**
**Carol Stream, IL 60197-4554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,466.36 |
|---|---|---|---|

**Masonite Architectual**
**PO Box 93605**
**Atlanta, GA 31193-6061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,438.00 |
|---|---|---|---|

**Meridian Rain Gutters**
**81 W Bloomington Drive**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bentley Door Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,903.64 |
|---|---|---|---|

**Mobile Modular**
5700 Las Positas Road
Livermore, CA 94551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,153.88 |
|---|---|---|---|

**National Funding**
4380 La Jolla Village Drive
San Diego, CA 92122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.60 |
|---|---|---|---|

**National Pen**
PO Box 847203
Dallas, TX 75284-7203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.13 |
|---|---|---|---|

**Norco**
P.O. Box 35144
Seattle, WA 98124-5144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.70 |
|---|---|---|---|

**Norfield**
422 Otterson Drive
Chico, CA 95928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Orange Advance**
c/o CT Corporation Systems
330 Brand Blvd #700
Glendale, CA 91203

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Business Expense - paid off but UCC lien not released**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,668.36 |
|---|---|---|---|

**Orepac**
PO Box 4000
Portland, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bentley Door Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,993.27 |
|---|---|---|---|

**Orepac - District 208**
**5500 South Federal Way**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,202.94 |
|---|---|---|---|

**Orepac - Parkway 50**
**c/o Corporate Offices**
**30170 SW Ore Pac Avenue**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,558.39 |
|---|---|---|---|

**Orepac - Timbers**
**c/o Corporate Offices**
**30170 SW Ore Pac Avenue**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,983.07 |
|---|---|---|---|

**Orepac - W. Franklin**
**c/o Corporate Office**
**30170 SW Ore Pac Avenue**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacific Source Health Plans**
**408 E Parkcenter Blvd**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense - credit with debtor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Painting Pro, Inc.**
**7215 Ustick Road**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,671.72 |
|---|---|---|---|

**Pamex**
**4680 Vinita Court**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bentley Door Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$603.60**

Penske
PO Box 7429
Pasadena, CA 91109-7429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Business Expense

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Perforance Systems Integrate
7324 SW Durham Road
Portland, OR 97224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Business Expense - credit with debtor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Premium Business Solutions

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Business Expense - credit with debtor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

Primary Health
PO BOX 191050
Boise, ID 83719-1050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Business Expense

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,145.36**

Record Steel & Construction
333 W Rossi Street
Suite 200
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Business Expense

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.80**

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Business Expense

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Rhino Holdings District
208 Residential, LLC
2200 Paseo Verde Pkwy #300
Henderson, NV 89052

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Business Expense - UCC Lien that should have been releasesd

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bentley Door Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144,054.73**

**River Advance**
**101 Chase Avenue**
**Suite 101**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Expense__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$322,291.73**

**River Advance**
**101 Chase Avenue**
**Suite 101**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Expense__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,313.68**

**Ryder**
**Lockbox File 56347**
**Los Angeles, CA 90074-6347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Expense__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**SBA**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

**Basis for the claim:** __Business Expense__

Last 4 digits of account number  __7908__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SBA CESC - Covid EIDL Servic**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/2023__

**Basis for the claim:** __Business Expense.  Debtors received grant for $600,000 with $400,000 prepaid leaving $200,000 to be paid when government funded.  Unsure how__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,846.70**

**Select Health**
**POB 30192**
**Salt Lake City, UT 84130-0192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Expense__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.24**

**Strive Workplace Solutions**
**1300 E Kalispell Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Expense__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Bentley Door Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.90** | Nonpriority creditor's name and mailing address

**Sure Loc**
2855 S 1030 West
Salt Lake City, UT 84119

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Expense

Is the claim subject to offset? ■ No  ☐ Yes

**$15,816.52**

---

**3.91** | Nonpriority creditor's name and mailing address

**Tates Rents - Boise**
P.O. Box 7338
Boise, ID 83707

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Expense

Is the claim subject to offset? ■ No  ☐ Yes

**$7,817.60**

---

**3.92** | Nonpriority creditor's name and mailing address

**Taylor Door**
PO Box 296
Minneapolis, MN 55402

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Expense

Is the claim subject to offset? ■ No  ☐ Yes

**$15,640.02**

---

**3.93** | Nonpriority creditor's name and mailing address

**Timely**
10241 Norris Avenue
Pacoima, CA 91331

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Expense

Is the claim subject to offset? ■ No  ☐ Yes

**$209,509.73**

---

**3.94** | Nonpriority creditor's name and mailing address

**Top Notch Distributors**
417 Erie Street
PO Box 189
Honesdale, PA 18431

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Expense

Is the claim subject to offset? ■ No  ☐ Yes

**$6,921.29**

---

**3.95** | Nonpriority creditor's name and mailing address

**Treasure Valley Coffee**
11875 President Drive
Boise, ID 83713

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Expense

Is the claim subject to offset? ■ No  ☐ Yes

**$1,319.06**

---

**3.96** | Nonpriority creditor's name and mailing address

**Trimco**
1835 Commerce Avenue
Boise, ID 83705

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Expense

Is the claim subject to offset? ■ No  ☐ Yes

**$7,474.46**

---

| Debtor | **Bentley Door Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,706.20 |
|---|---|---|---|

**Trudoor**
**4615 W McDowell Rd**
**Suite #101**
**Phoenix, AZ 85035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business Expense

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TruLite**
**PO Box 674612**
**Dallas, TX 75267-4612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business Expense - credit for debtor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.17 |
|---|---|---|---|

**UPS**
**PO Box 809488**
**Chicago, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business Expense

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,091.17 |
|---|---|---|---|

**USF Reddaway**
**1405 N Olive Ave**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business Expense

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Western Special**
**5265 N. Sawyer**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business Expense - credit for debtor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allied Business Solutions**<br>**PO Box 35142 #1057**<br>**Seattle, WA 98124-5142** | Line  3.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Intero Capital Solutions**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line  3.87<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **Bentley Door Company**
_____    Case number (*if known*)    _____
Name

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 547,641.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,135,673.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,683,314.54 |

---

**Fill in this information to identify the case:**

Debtor name    **Bentley Door Company**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
   amended filing

---

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Lease for current business location** | |
| State the term remaining **4 years remaining approximately** | **Treasure Valley Home Investo c/o Justin Cranney PO Box 1617 Boise, ID 83701** |
| List the contract number of any government contract | |

---

**Fill in this information to identify the case:**

Debtor name __**Bentley Door Company**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Richard Bentley** | | **Ford Credit** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name  **Bentley Door Company**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$25,000.00** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$12,682,088.00** |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$10,134,195.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

| Debtor | **Bentley Door Company** | Case number *(if known)* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **River Advance**<br>**101 Chase Avenue**<br>**Suite 101**<br>**Lakewood, NJ 08701** | **Daily payments taken from KeyBank account. Total unknown** | **Unknown** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Treasure Valley Home Investo**<br>**701 S. Carson Street**<br>**Suite 200**<br>**Carson City, NV 89701** | **Each month - $15,500** | **$46,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Landlord** |
| 3.3. **Ford Credit**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | **Each month - $495.00** | **$1,485.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | Bentley Door Company | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Dirt Road RE, LLC**<br>**vs**<br>**Bentley Door Company**<br>**CV01-24-02203** | **Collection of past rent** | **Ada County Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Workers Comp** | **?** | **2023** | **Unknown** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of D. Blair Clark, PC**<br>**967 E. Parkcenter Blvd., #282**<br>**Boise, ID 83706** | **Attorney & Filing Fees** | **February 1, 2024** | **$6,000.00** |
| | Email or website address<br>**dbc@dbclarklaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

| Debtor | **Bentley Door Company** | | Case number *(if known)* | |
|---|---|---|---|---|

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Auction Recipient** | **2001 Ford F450 left at former business location in Eagle, Idaho** | **December 2023** | **$6,000.00** |
| | Relationship to debtor **None** | | | |

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | **Bentley Door Company** | | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Bentley Door Company** | | Case number *(if known)* | |

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Richard Bermansolo** | **Yearly bookkeeping** |
| 26a.2.  **Hanna Carbjal** | **Until December 2023 for daily bookkeeping** |
| 26a.3.  **Becky Bentley** | **2024 for daily bookkeeping** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Becky Bentley** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Debtor | **Bentley Door Company** | Case number *(if known)* | |

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Richard Bentley | 411 Remington Street Garden City, ID 83714 | President | 100% ownership |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| Paychex | EIN: |

Debtor    **Bentley Door Company**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 22, 2024**

**/s/ Richard Bentley**                                    **Richard Bentley**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

## United States Bankruptcy Court
### District of Idaho

In re    **Bentley Door Company**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 22, 2024**

**/s/ Richard Bentley**

**Richard Bentley**/**President**
Signer/Title

AGP Funding REIT, LLC
1980 Festival Plaza Drive
Suite 290
Las Vegas, NV 89135


Air Equipment Company
2350 S. Orchard Street
Boise, ID 83705


Allied Business Solutions
10394 West Emerald
Boise, ID 83704


Allied Business Solutions
PO Box 660831
Dallas, TX 75266-0831


Allied Business Solutions
PO Box 35142 #1057
Seattle, WA 98124-5142


Amazon  by Chase
Cardmember Service
PO Box 6294
Carol Stream, IL 60197


American Airlines MasterCard
PO Box 9001006
Louisville, KY 40290-1006


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


Anthony Knipe
580 Shire Lane
Ontario, OR 97914

Apex Saw & Tool
357 W Dion Street
Emmett, ID 83617


Arnold Machinery Company
2975 W 2100 South
Salt Lake City, UT 84119


Atlas Supply
PO Box 101087
Pasadena, CA 91189-0005


Austin Lane Construction
104 E Fairview Avenue
Suite 114
Meridian, ID 83642


Bank of America
PO BOX 15019
Wilmington, DE 19886-5019


Bank of America
PO Box 515504
Los Angeles, CA 90051-6804


Bank of the West
180 Montgomery Street
San Francisco, CA 94104


Bank of the West
c/o Wolters Kluwer Lien Sol.
PO Box 29071
Glendale, CA 91209


Banner Solutions
PO Box 954589
Saint Louis, MO 63195-4589

```
BHP
620 W Southlake Blvd
Southlake, TX 76092


BHS
PO Box C 79005
Seattle, WA 98119-3185


Bryant Aney
15399 N Shiko Way
Nampa, ID 83651


Burke Electrical Contracting
2957 N St. James Place
Boise, ID 83703


Cable One
P.O. Box 78000
Phoenix, AZ 85062-8000


Capital Lumber
3105 W State Street
Boise, ID 83703


Chattan Construction LLC
11075 Montana Avenue
Boise, ID 83713


Citi Advantage
PO BOX 6500
Sioux Falls, SD 57117-6500


City of Garden City
6015 Glenwood Street
Garden City, ID 83714
```

```
Clark Security
c/o Anixter
PO Box 847428
Dallas, TX 75284-7428


Columbia Aluminum Products
1150 W Rincon Street
Corona, CA 92878


Combo Aluminum Products
1100 N Johnson Avenue
El Cajon, CA 92020


Commerical Tire
PO Box 970
Meridian, ID 83680


Costco Wholesale
PO Box 34783
Seattle, WA 98124-1783


Dell Business Credit
Payment Processing Center
PO BOX 5275
Carol Stream, IL 60197-5275


Design Hardware
PO Box 896617
Charlotte, NC 28289-6617


Dirt Road RE, LLC
c/o Trevor Hart, Atty
2548 S. Heritage Avenue
Boise, ID 83709


DKS Steel Door & Frame
2142 Tubeway Avenue
Los Angeles, CA 90040
```

Door Service of Idaho
7881 W Mossy Cup Street
Boise, ID 83709


Duane Murphy
2447 E Heathfield Court
Fruitland, ID 83619


Eagle Sewer District
44 N. Palmetto Avenue
Eagle, ID 83616


Ed Staub & Sons
2508 2nd Street South
Nampa, ID 83686


Elevated Financial
4202 W. Chinden Blvd
Garden City, ID 83714


EMC Insurance Companies
PO Box 219225
Kansas City, MO 64121-9225


EMTEK
PO Box 31001-0523
Pasadena, CA 91110-0823


Erwin Custom Fabrication
811 N. Kings Road
Nampa, ID 83687


First Interstate Bank
Successor to BOTC
401 N 31st Street
Billings, MT 59116

```
Ford Credit
PO Box 790093
Saint Louis, MO 63179-0093


Glaz-Tech
2207 E Elvira Road
Tucson, AZ 85706


Go Keyless
Mound Business Park
955 Mound Road
Miamisburg, OH 45342


Grainger
PO Box 419267
Dept 828188888
Kansas City, MO 64141-6267


Hager
PO Box 953057
Saint Louis, MO 63195


Hardin Sanitation
1854 E Lanark
Meridian, ID 83642


Hartung Glass Ind - Tukwila
Attn: Laura Alcantara
17830 W Valley Highway
Seattle, WA 98188


Hartung Glass Industries
PO Box 101626
Pasadena, CA 91189-1626


HMF Express
PO Box 744100
Atlanta, GA 30384
```

```
Home Depot  Credit Services
PO BOX 689105
Des Moines, IA 50368-9105



Husnija Covic
9320 W. Idlewood Drive
Boise, ID 83709



Idaho Power
PO BOX 34966
Seattle, WA 98124-1966



Idaho State Tax Commission
11321 W Chinden Blvd
PO Box 36
Garden City, ID 83714



IFundco
c/o Corporation Service Comp
PO Box 2576
Springfield, IL 62708



Intermountain Lock
PO Box 65158
Salt Lake City, UT 84165-0158



Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19114



Intero Capital Solutions
251 Little Falls Drive
Wilmington, DE 19808



Intertek
PO Box 405176
Atlanta, GA 30384-5176
```

Itrea Ventures
c/o Corporation Service Comp
PO Box 2576
Springfield, IL 62708


Jeld-Wen Inc
3250 Lakeport Blvd
Klamath Falls, OR 97601


Jeld-wen Summit
4300 Paysphere Circle
Chicago, IL 60674


Jiffy Lube
329 N. Dicky Drive
Eagle, ID 83616


Justin Rodriguez
6034 N Tarako Avenue
Garden City, ID 83714


KeyBank
Commercial Loan Services
PO Box 5278
Boise, ID 83705-5278


Keybank
4910 Tiedeman Road
Cleveland, OH 44144-2338


Klingspor Abrassives
2555 Tate Road
Hickory, NC 28602


Liberty Mutual Insurance
PO Box 85834
San Diego, CA 92186-5834

Lithia Ford
8853 W Fairview Ave
Suite 110
Boise, ID 83704


LJ Smith
PO Box 8507
Carol Stream, IL 60197-8507


Lowe's Business Account
P.O. Box 4554
Dept. 79
Carol Stream, IL 60197-4554


Masonite Architectual
PO Box 93605
Atlanta, GA 31193-6061


Meridian Rain Gutters
81 W Bloomington Drive
Meridian, ID 83642


Michael Phillips
3729 N Timber Lakes Way
Meridian, ID 83646


Mobile Modular
5700 Las Positas Road
Livermore, CA 94551


National Funding
4380 La Jolla Village Drive
San Diego, CA 92122


National Pen
PO Box 847203
Dallas, TX 75284-7203

```
Norco
P.O. Box 35144
Seattle, WA 98124-5144


Norfield
422 Otterson Drive
Chico, CA 95928


Orange Advance
c/o CT Corporation Systems
330 Brand Blvd #700
Glendale, CA 91203


Orepac
PO Box 4000
Portland, OR 97208


Orepac - District 208
5500 South Federal Way
Boise, ID 83716


Orepac - Parkway 50
c/o Corporate Offices
30170 SW Ore Pac Avenue
Wilsonville, OR 97070


Orepac - Timbers
c/o Corporate Offices
30170 SW Ore Pac Avenue
Wilsonville, OR 97070


Orepac - W. Franklin
c/o Corporate Office
30170 SW Ore Pac Avenue
Wilsonville, OR 97070


Pacific Source Health Plans
408 E Parkcenter Blvd
Boise, ID 83716
```

Painting Pro, Inc.
7215 Ustick Road
Boise, ID 83704


Pamex
4680 Vinita Court
Chino, CA 91710


Penske
PO Box 7429
Pasadena, CA 91109-7429


Perforance Systems Integrate
7324 SW Durham Road
Portland, OR 97224


Premium Business Solutions


Primary Health
PO BOX 191050
Boise, ID 83719-1050


Record Steel & Construction
333 W Rossi Street
Suite 200
Boise, ID 83706


Republic Services
PO Box 78829
Phoenix, AZ 85062-8829


Rhino Holdings District
208 Residential, LLC
2200 Paseo Verde Pkwy #300
Henderson, NV 89052

Richard Bentley


River Advance
101 Chase Avenue
Suite 101
Lakewood, NJ 08701


Rugby
PO Box 842735
Dallas, TX 75284-2735


Rugy Holdings LLC
One Pillsbury Street
Suite 302
Concord, NH 03301


Ryder
Lockbox File 56347
Los Angeles, CA 90074-6347


Samson Horus
90 John Street
New York, NY 10038


Samson Horus
c/o Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


SBA
14925 Kingsport Road
Fort Worth, TX 76155


SBA CESC - Covid EIDL Servic
14925 Kingsport Road
Fort Worth, TX 76155

Sebastian Knipe
581 Shire Lane
Ontario, OR 97914


Select Health
POB 30192
Salt Lake City, UT 84130-0192


Strive Workplace Solutions
1300 E Kalispell Street
Meridian, ID 83642


Sure Loc
2855 S 1030 West
Salt Lake City, UT 84119


Tates Rents - Boise
P.O. Box 7338
Boise, ID 83707


Taylor Door
PO Box 296
Minneapolis, MN 55402


Tim Klob
3971 N Oxbow Avenue
Boise, ID 83713


Timely
10241 Norris Avenue
Pacoima, CA 91331


Tommy Joe Houston
PO Box 225
Star, ID 83669

Top Notch Distributors
417 Erie Street
PO Box 189
Honesdale, PA 18431


Treasure Valley Coffee
11875 President Drive
Boise, ID 83713


Treasure Valley Home Investo
c/o Justin Cranney
PO Box 1617
Boise, ID 83701


Trimco
1835 Commerce Avenue
Boise, ID 83705


Trudoor
4615 W McDowell Rd
Suite #101
Phoenix, AZ 85035


TruLite
PO Box 674612
Dallas, TX 75267-4612


UPS
PO Box 809488
Chicago, IL 60680-9488


USF Reddaway
1405 N Olive Ave
Meridian, ID 83642


Vernoy Walker
9211 W. Pebble Brook Lane
Garden City, ID 83714

```
Western Special
5265 N. Sawyer
Garden City, ID 83714
```

## United States Bankruptcy Court
### District of Idaho

In re   **Bentley Door Company**

Debtor(s)

Case No.

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bentley Door Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Richard Bentley**
**411 Remington Street**
**Garden City, ID 83714**

☐ None [*Check if applicable*]

**February 22, 2024**

Date

**/s/ D. Blair Clark**

**D. Blair Clark 1367**

Signature of Attorney or Litigant

Counsel for   **Bentley Door Company**

**Law Office of D. Blair Clark, PC**
**967 E. Parkcenter Blvd., #282**
**Boise, ID 83706**
**(208) 475-2050 Fax:(208) 475-2055**
**dbc@dbclarklaw.com**